[No. 43069-6-I.   Division One.   February 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LATANYA DEANN ALEXANDER, *Defendant*, PHILLIP ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08819-1, Linda Lau, J., entered June 22, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44364-0-I.   Division One.   February 5, 2001.]

THE CITY OF SEATTLE, *Respondent*, v. BURLINGTON NORTHERN RAILROAD COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-27157-8, Micheal S. Spearman, J., entered February 26, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ. Now published at 105 Wn. App. 832.

[No. 18774-8-III.   Division Three.   February 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOPOLDO CUEVAS CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-02190-5, James P. Hutton, J., entered September 27, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 18207-0-III; 18270-3-III.   Division Three.   February 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEONARD CALVERT, *Appellant*.
*In the Matter of the Personal Restraint of* JOHN LEONARD CALVERT, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01810-1, Robert D. Austin, J., entered February 12, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.